IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT

01 AUG 14 PM 12: 10

| | | |
|---|---|---|
| IN RE NORPLANT CONTRACEPTIVE | : | MDL DOCKET NO. 1038 EASTERN - BEAUMONT |
| PRODUCTS LIABILITY LITIGATION | : | |
| ------------------------------------------------- | : | BY |
| Bagwell v. Wyeth, et al. | : | |
| | : | |
| v. | : | Case No.:1:94CV5022 |
| | : | |
| Wyeth Laboratories, Inc. and American Home | : | |
| Products Corporation | : | |
| ------------------------------------------------- | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff(s)

listed in Attachment A and defendants WYETH LABORATORIES INC. and AMERICAN

HOME PRODUCTS CORPORATION, ET AL hereby stipulate that the plaintiff's claims be and

are hereby dismissed *with prejudice*.

Provost & Umphrey
490 Park Street
Beaumont, TX 77704

Paul W. Gertz
Germer, Bernsen & Gertz
805 Park Street
Beaumont, TX 77704

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANTS



Attachment A

Collins, Latricia
Collins, Mary
Collins, Randall
Comeaux, Myesha
Constantin, Laurie
Couch, Qumaker
Davis, Donna
Davis, Timothy W.
Dula, Johnny
Dula, Nina
Duplonty, John T.
Duplonty, LaDonna